IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.10.138.235

**ISP:** Comcast Cable
**Physical Location:** Flemington, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/27/2016 15:16:16 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 11/07/2016 18:46:16 | BD854E344F04DFE65B2D8A69F27CA4E023BFA1E4 | Superhot Sexting |
| 11/04/2016 19:08:35 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 10/30/2016 12:16:27 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 10/30/2016 12:11:35 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 10/30/2016 12:11:26 | 09889EBF7CDF9363654C0ACB2EC4A98317E3B44C | Luvv Me Tender |
| 10/27/2016 23:33:09 | 73BDAD534D4D8005F7EE0A268410B18134B19F1A | Aurora Wants It All |
| 10/10/2016 16:03:10 | CDCFAF4C5C41DFFA02C2DFC995F021407032CFE1 | Luscious Lena |
| 09/10/2016 17:38:18 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 09/10/2016 17:18:03 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 08/22/2016 10:38:20 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 08/22/2016 01:40:31 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 08/22/2016 01:20:23 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 08/22/2016 01:03:13 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 08/04/2016 23:44:32 | 3C51F17B5DEAC60CFC27949687BDB98FA9A2259C | First Time Lesbian Loving |
| 08/04/2016 23:43:04 | B41F70C3B674C9662D53B2EF9DC9BA7256330AF6 | Tiffanys Tight Ass |
| 08/04/2016 23:13:03 | 8FC510FE905B0E64ED8310D03762B5DDAD78AB08 | Horsing Around |
| 08/04/2016 23:09:24 | 91159D011C00DF4690D90B32DF33A48A26958CBF | Fine Fingerfucking |
| 07/26/2016 00:03:18 | 2CD4893C7648330BBEA39C7B5EFFC1B6DC6E93C5 | Good Morning Melissa |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

CNJ632